```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
KEVIN MARTIN,                            :
                    Plaintiff,           :   07 CIV. 7199 (DLC)
                                         :
        -v-                              :   ORDER
                                         :
WILLIAM J. CONNELLY et. al.,             :
                                         :
                    Defendants.          :
---------------------------------------- X
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-15-08

DENISE COTE, District Judge:

On January 8, 2008, the defendants filed a motion to dismiss. It is hereby

ORDERED that the plaintiff's opposition to the motion to dismiss is due on or before **February 5, 2008**. Any reply is due on or before **February 19, 2008**. The initial pretrial conference previously scheduled for January 25 is cancelled.

IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide a courtesy copy to Chambers by sending them to this Court's Pro Se Office, Room 230, United States Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, dismissal of the action, the entry of judgment

by default, or such other action as may be just under the circumstances.

    SO ORDERED:

Dated:    New York, New York
           January 15, 2008

                                      DENISE COTE
                          United States District Judge

COPIES SENT TO:

Kevin Martin
(#00-A-2027)
Fishkill Correctional Facility
P.O. Box 1245
Beacon, NY 12508

Benjamin J. Lee
Assistant Attorney General
Office of the Attorney General
120 Broadway
New York, NY 10271-0332