UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
KEVIN MARTIN,                            :
                      Plaintiff,         :        07 CIV. 7199 (DLC)
                                         :
        -v-                              :            ORDER
                                         :
WILLIAM J. CONNELLY et. al.,             :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08
```

DENISE COTE, District Judge:

    By letter dated February 11, 2008, counsel for the

defendants stated that the plaintiff had not yet served the

defendants with his opposition to the motion to dismiss.  Counsel

therefore requested an extension of time to reply to plaintiff's

opposition.  It is hereby

    ORDERED that the defendants' reply is due on or before

**February 29, 2008.**

    IT IS FURTHER ORDERED that when filing any papers with the

Court, the parties shall provide a courtesy copy to Chambers by

sending them to this Court's Pro Se Office, Room 230, United

States Courthouse, 500 Pearl Street, New York, New York 10007.

    IT IS FURTHER ORDERED that failure to comply with any of the

terms of this Order may constitute grounds for the denial of

requested relief, dismissal of the action, the entry of judgment

by default, or such other action as may be just under the

circumstances.

     SO ORDERED:

Dated:    New York, New York
            February 13, 2008

                                 DENISE COTE
                     United States District Judge

COPIES SENT TO:

Kevin Martin
(#00-A-2027)
Fishkill Correctional Facility
P.O. Box 1245
Beacon, NY 12508

Benjamin J. Lee
Assistant Attorney General
Office of the Attorney General
120 Broadway
New York, NY 10271-0332