UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KEVIN MARTIN,

                Plaintiff,

-against-

SUPERINTENDENT WILLIAM J. CONNELLY,
et al.,

                Defendants.
-----------------------------------------------------------X

07 CIVIL 7199 (DLC)

**JUDGMENT**

SCANNED

    Defendants having moved to dismiss the complaint, and the matter having come before the Honorable Denise Cote, United States District Judge, and the Court, on April 18, 2008, having rendered its Opinion and Order granting defendants' January 7, 2008 motion to dismiss, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 18, 20087, defendants' January 7, 2008 motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York
         April 22, 2008

                                  J. MICHAEL McMAHON
                                  Clerk of Court
                        BY:
                                  Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____